UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re

       SHAHARA KHAN,

              Debtor.

Chapter 7
Case No. 10-46901-ess

------------------------------------------------------------------x
DEBRA KRAMER, AS TRUSTEE OF THE
ESTATE OF SHAHARA KHAN,

             Plaintiff,

   -against-

TOZAMMEL H MAHIA,

            Defendant.

Adv. Pro. No. 11-01520-ess

------------------------------------------------------------------x

## SCHEDULING ORDER

WHEREAS, on December 3, 2011, the Trustee commenced this adversary proceeding against Tozammel H Mahia by filing a complaint; and

WHEREAS, on January 24, 2012, the Defendant retained Karamvir Dahiya as counsel, and the Court held a pre-trial conference at which the Plaintiff, by counsel, and the Defendant, by counsel, appeared and were heard.

NOW, THEREFORE, it is hereby

ORDERED, that an adjourned pre-trial conference shall be held on February 23, 2012, at 9:30 a.m. before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that Karamvir Dahiya, counsel for the Defendant, is directed to file a notice of appearance in this case; and it is further

ORDERED, that the Defendant is directed to serve and file an answer to the complaint by

January 31, 2012; and it is further

      ORDERED, that the parties are directed to appear at the adjourned pre-trial conference.



Dated: Brooklyn, New York
January 25, 2012

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

SERVICE LIST:

Tozammel H. Mahia
101-14 102nd Street
Ozone Park, New York 11416-2620

Avrum J. Rosen
32 New Street
Huntington, NY 11743

Karamvir Dahiya
Dahiya Law Offices, LLC
350 Broadway Suite 412
New York, NY 10013

Shahara Khan
101-14 102 St.
Ozone Park, NY 11416

Eugene M Banta
NY Multi Serv, LLC
3307 102 Street
Corona, NY 11373

Debra Kramer
Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021

NCO Portfolio Management
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355 0701