UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

Shahara Khan,                                              Chapter 7
                                                           Case No. 10-46901-ess
                        Debtor.
------------------------------------------------------X
Debra Kramer as Trustee of the Estate of
Shahara Khan,

                        Plaintiff,
-against-

Tozammel H. Mahia,

                                                           Adv. Pro. No. 11-1520-ess
                        Defendant.
------------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TIME TO
## ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time period within which Debra Kramer, as Trustee of the Estate of Shahara Khan, may answer, move or otherwise respond to the counterclaims asserted in the Defendant's Answer, Affirmative Defenses with Counterclaims to Plaintiff's Complaint for the Purpose of Article III Adjudication and Jury Trial Herein, dated January 31, 2012, is enlarged up to and including March 28, 2012, without prejudice to the right of Debra Kramer, as Trustee of the Estate of Shahara Khan to seek any further extension or

extensions of such time.

Dated:  Great Neck, New York
        February <u>21</u>, 2012

<u>/s/ Debra Kramer, Trustee</u>
Debra Kramer, as Trustee
Chapter 7 Trustee of the
Estate of Shahara Khan
98 Cutter Mill Road – Suite 466 South
Great Neck, New York 11021
Telephone: (516) 482-6300

Dated: New York, New York
        February ____, 2012

Dahiya Law Offices, LLC

   <u>/s/ Karamvir Dahiya</u>
By: Karamvir Dahiya, Esq.
    Attorney for Defendant Tozammel H. Mahia
    350 Broadway – Suite 412
    New York, New York 10013
    Telephone:  (212) 766-8000

 "SO ORDERED"



Dated: Brooklyn, New York                                    _____
        February 23, 2012                                    Elizabeth S. Stong
                                                             United States Bankruptcy Judge