**THE LAW OFFICES OF**
**AVRUM J. ROSEN**, **PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: fkantrow@avrumrosenlaw.com

| | |
|---|---|
| AVRUM J. ROSEN | ALLAN B. MENDELSOHN * |
| FRED S. KANTROW | MICHAEL J. O'SULLIVAN* |
| | (* *of counsel* ) |
| KIMBERLY I. BERSON | |
| DEBORAH L. DOBBIN | |
| GEORGE N. BARA | |
| KATHERINE A. GERACI | |

March 24, 2012

VIA ECF ONLY
Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   In re Khan, Chapter 7, Case No. 10-46901-ess
      Kramer v. Mahia, Adv. Pro. No. 11-1520-ess

Dear Judge Stong:

The undersigned, counsel to Debra Kramer, the trustee and the plaintiff in the above referenced matters, previously filed an application with this Court seeking the entry of an Order scheduling a hearing on an expedited basis. The application is hereby withdrawn as the trustee/plaintiff has moved by notice of motion. Thank you.

                                        Respectfully,

                                        S/Fred S. Kantrow
                                        Fred S. Kantrow

R:\K\Kramer-Khan S\correspondence\chambersletter032412fk.wpd