

Law Office of Castiglia-Rubinstein and Associates
445 Broadhollow Road, CL 10
Melville, New York 11747
www.bestnyattorney.com
Phone: (631) 414-7516
Fax: (877) 884-5574

April 24, 2012

United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Re:   DEBRA KRAMER AS TRUSTEE FOR THE ESTATE OF SHAHARA KHAN
      v. TOZAMMEL H. MAHIA
      Adversary Proceeding No.: 1-11-01520-ess

Dear Clerk:

Please be advised that the undersigned firm is proposed counsel for defendant Tozammel Miah in the above referenced Adversary Proceeding.

As no answer has been filed to the multiple counterclaims of the defendant in the proceeding, we hereby withdraw the counterclaims on behalf of the named defendant.

Further, defendant reserves the right to modify and amend the previously filed Answer and to interpose amended or additional defenses herein

Thank you.

Respectfully,

Christine Rubinstein, Esq.


cc:   Via Email to ajrlaw@aol.com and fkantrow@avrumrosenlaw.com
      The Law Offices of Avrum J. Rosen, PLLC
      Attorneys for Plaintiff, Debra Kramer, Trustee
      38 New Street
      Huntington, New York 11743