THE LAW OFFICES OF AVRUM J. ROSEN, PLLC
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address ajrlaw@aol.com

AVRUM J. ROSEN                                              ALLAN B. MENDELSOHN *
FRED S. KANTROW                                            MICHAEL J. O'SULLIVAN *
─────────                                                  (* *of counsel* )

KIMBERLY I. BERSON
DEBORAH L. DOBBIN
GEORGE N. BARA
KATHERINE A. GERACI

June 11, 2012

Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

Re:    In re Khan, Chapter 7, Case No. 10-46901-ess
       Kramer v. Mahia, Adv. Pro. No. 11-1520-ess

Dear Judge Stong:

        I write this letter as a reply, and an opposition to the request for an adjournment from Mr.
Dahiya.  The request must be denied for a multitude of reasons.  While, normally, this office
would not hesitate to grant an adjournment to an attorney who was not capable of proceeding,
either by physical or mental disability, the undersigned does not believe that this is the case in the
present request.


Simply put, nothing in Mr. Dahiya's letter rings true.  Annexed as Exhibit A is Mr. Dahiya's
letter to Ms. Kramer, and this office's reply.   Mr. Dahiya did not disclose any personal illness in
that request. The undersigned specifically pointed out that at the last hearing on this matter, Mr.
Dahiya had made mention of the four pending appeals that he had and the fact that these were
going to require a lot of work.  Your Honor repeatedly advised him to get counsel, and that this
was the most important matter that he should deal with.

Instead, Mr. Dahiya waited until more than a week **_after_** the pre-trial statement in this matter was
due to first request an adjournment.  This Court is well aware of Mr. Dahiya's dilatory tactics,
and specifically entered an Order requiring when everything had to be filed.  This office
complied.

More disturbing is the fact Mr. Dahiya does not appear to have any pending appeals that require his attention.  The undersigned has run searches of the docket under his name in the Eastern District Bankruptcy Court, the Southern District Bankruptcy Court, the Southern District of New York and the Eastern District of New York.  In addition, there are no deadlines approaching for any matters that are on before the District Court.  Indeed, in the two matters in which briefs were due, Mr. Dahiya has already passed the dates where those briefs were to be filed.  All of the cases in which Mr. Dahiya has filed in the Eastern District of New York are annexed hereto as Exhibit B.  The Court will see that in the case of Mary Koutsagelos v. DeRosa 12-CV 01703, that an Order was entered on April 5, 2012 directing the filing and documenting of the brief within 14 days.  A motion was made to extend the time, which was granted giving Mr. Dahiya another 45 days.  That time period has now passed and no brief has been filed.  A copy of that docket sheet is annexed hereto as Exhibit C.   His letter request is also annexed as Exhibit C.  In the case of Santangelo v. Pryor 12-CV-02310, an appeal was filed and an Order was entered directing the filing of a brief without fourteen days of May 18, 2012.  Mr. Dahiya made a motion to reassign that case to another District Court Judge, but never moved for a stay of the time to perfect the appeal, or for an extension of that time.  Accordingly, that time has now passed.  A copy of that docket sheet is annexed hereto as Exhibit D.  A review of all of the other cases filed in the Bankruptcy Court for the Eastern District by Mr. Dahiya, shows that there are no cases with open appeals.  A copy of that list is annexed hereto as Exhibit E.

Indeed, it is extremely troubling that despite Mr. Dahiya's protestations of being swamped, and not having the time to do the work, and being in dire psychological distress, that he nonetheless undertook to file a new case on May 14, 2012.  Several days **_after_** he new that he had all of the work and pre-trial statement to do in this case.  A copy of that docket page is annexed as Exhibit F.  In addition, on April 30, 2012, Mr. Dahiya filed another chapter 7 matter, a copy of which is also annexed hereto as Exhibit G.  A search of the Southern District appeals, shows that Mr. Dahiya is involved in only one Southern District matter, and that there is nothing pending in that matter and all motions have been submitted.

Lastly, in the age of the internet, one must be careful what tales one tells.  Mr. Dahiya's facebook page is unrestricted.  A review of his page will show that other than being obsessed with working out, and several personal events that he has gone to in the last week or two, there is no sign of any mental distress or any slowdown in social activity.  Lastly, Mr. Dahiya has appeared in court on several matters recently, and appeared at the CLE in the middle of May, where he proceeded to attempt to ask questions on this case from the panel of judges.

One of the more disturbing aspects of this letter, despite all of the inaccuracies, is the fact that he continues to not understand what this case is about.  The last line of the third paragraph in the letter states "The issues raised in this matter are of very vital importance to both the consumer bar and debtors at large."  This statement was made, despite the fact that your Honor explicitly told Mr. Dahiya that this trial was not about the U.S. Trustee program, was not about what trustees do in other cases, and was only about what he had done in this case, shows that he continues to engage in his own crusades despite what this Court has ordered.

Given these inaccuracies, it is respectfully submitted that this Court should not even begin to consider an adjournment of his hearing, unless and until, Mr. Dahiya were to submit an affidavit

from a licensed medial doctor saying that he is unable to proceed with this matter.  If that is the case, then Mr. Dahiya should also make provisions with the Bar Association to have other counsel take over his caseload while he gets any required help that he may need.  He should certainly not be filing new cases, or continuing to represent people if he is in as fragile a mental state as he claims to be.

Thank you.

Very truly yours,

*S/Avrum J. Rosen*

AJR:ls                                                    Avrum J. Rosen
Encl.

R:\K\Kramer-Khan S\correspondence\chambersltr reply to request for adjournment.wpd

**EXHIBIT A**

Subj:    **FW: request for adjournment of 13th june hearing on 1927**
Date:    6/11/2012 3:30:54 P.M. Eastern Daylight Time
From:    dkramer@kramerpllc.com
To:    AJRLAW@aol.com

---

**From:** aol [mailto:ajrlaw@aol.com]
**Sent:** Friday, June 08, 2012 11:41 AM
**To:** Karamvir Dahiya
**Cc:** Debra Kramer; ny73@ecfcbis.com; Karamvir Dahiya
**Subject:** Re: request for adjournment of 13th june hearing on 1927

I fear you do not, and never will.  That is unfortunate for you.

*Sent from my Verizon Wireless 4G LTE DROID*

-----Original message-----

**From:** Karamvir Dahiya <karam@bankruptcypundit.com>
**To:** aol <ajrlaw@aol.com>
**Cc:** ny73@ecfcbis.com, Karamvir Dahiya <karam@legalpundit.com>, Debra Kramer <dkramer@kramerpllc.com>
**Sent:** Fri, Jun 8, 2012 11:25:35 EDT
**Subject:** Re: request for adjournment of 13th june hearing on 1927

If you recall, your client Ms. Kramer twice took additional time to answer...I immediately granted her. However upon that grant, she brought 1927 motion...talk about courtesy and reciprocity! I understand you now, Mr. Rosen.


On 6/8/2012 10:40 AM, aol wrote:

At the hearing you raised the other appeals. The judge told tyou three times that
This took precedence and to hire counsel.  I note that you have waited until a week after your pre trial statement was due to make this request/ thus making this firm do all of the work by the deadline.

I am sorry for any personal loss, but under the totality of the circumstances your request is denied.

Thank you.

Avrum Rosemary
*Sent from my Verizon Wireless 4G LTE DROID*


-----Original message-----

**From:** Karamvir Dahiya <karam@bankruptcypundit.com>
**To:** Debra Kramer <dkramer@kramerpllc.com>, Karamvir Dahiya <karam@legalpundit.com>, ajrlaw@aol.com, ny73@ecfcbis.com
**Sent:** Fri, Jun 8, 2012 09:50:41 EDT
**Subject:** request for adjournment of 13th june hearing on 1927

Dear Counselors:

I am writing to request if you would consider adjournment, by 45 days, of June 13th hearing on Motion under 1927. I am not ready for it as I was not able to prepare owing to a serious personal loss and in midst of meeting deadline for four appeals pending with the District Courts. Please let me know if you are wiling to accommodate this request.

Sincerely,
Karamvir Dahiya.

**EXHIBIT B**

# Select A Case

**Karamvir Dahiya is an attorney in 7 cases.**

| | | |
|---|---|---|
| 1:03-mj-00788-JMA-2 | Parmod Kumar | filed 05/16/03 |
| 1:04-mj-01095-CLP-1 | Ahmed Sheikh Siddiqui | filed 08/12/04 |
| 1:11-mc-00524-SLT | Geltzer et al v. Dahiya et al | filed 07/13/11 |
| 1:12-cv-01703-NGG | Koutsagelos et al v. DeRosa | filed 04/05/12 |
| 1:12-cv-02365-DLI | Koutsagelos et al v. DeRosa | filed 05/14/12 |
| 2:11-mc-00561-JFB | Pryor v. Santangelo | filed 07/27/11 |
| 2:12-cv-02310-SJF | Santangelo v. Pryor | filed 05/10/12 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/11/2012 10:41:18 | | | |
| **PACER Login:** | ar0090 | **Client Code:** | khan |
| **Description:** | Search | **Search Criteria:** | Last Name: dahiya First Name: karamvir Type: aty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**EXHIBIT C**

Case 1:13-cv-03079-DLI   Document 1-18   Filed 05/24/13   Page 10 of 32 PageID #: 330

MJSELECT-CLP

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:12-cv-01703-NGG

| | |
|---|---|
| Koutsagelos et al v. DeRosa | Date Filed: 04/05/2012 |
| Assigned to: Judge Nicholas G. Garaufis | Jury Demand: None |
| Case in other court: BK, 1-11-50059 | Nature of Suit: 422 Bankruptcy Appeal |
| Cause: 28:1334 Bankruptcy Appeal | (801) |
| | Jurisdiction: Federal Question |

**Appellant**

**Mary Koutsagelos**       represented by    **Karamvir Dahiya**
Dahiya Law Offices LLP
350 Broadway, Suite 412
New York, NY 10013
212-766-8000
Fax: 212-766-8001
Email: karam@legalpundit.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Marianne DeRosa**       represented by    **Marianne DeRosa**
*Trustee*      Standing Chapter 13 Trustee
115 Eileen Way
Ste. 105
Syosset, NY 11791
PRO SE

**Krista M. Preuss**
Marianne DeRosa, Standing Chapter 13
Trustee
Chapter 13 Trustee
115 Eileen Way
Suite 105
Syosset, NY 11791
(516)622-1340
Fax: (516)622-1347
Email: kristap@ch13mdr.com
*ATTORNEY TO BE NOTICED*

V.

**Debtor**

Case 1:13-cv-03079-DLI   Document 1-16   Filed 05/24/13   Page 11 of 32 PageID #: 339

**Mary Koutsagelos**                    represented by **Karamvir Dahiya**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/05/2012 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 1-11-50059. File received, filed by Mary Koutsagelos. (Attachments: # 1 #24 Order on Motion) (Bowens, Priscilla) (Entered: 04/09/2012) |
| 04/05/2012 | 2 | NOTICE of Docketing of BANKRUPTCY APPEAL. Appellant's brief shall be served and filed with 14 days after the entry of the appeal on the docket; Appellee's brief shall be served and filed within 14 days after served of the brief of the appellant; Appellant's reply shall be served and filed within 14 days after the service of the brief of the appellee. (Bowens, Priscilla) (Entered: 04/09/2012) |
| 04/23/2012 |   | MOTION for Extension of Time to File *Appellant's Brief* by Mary Koutsagelos. (Lee, Tiffany) (Entered: 04/23/2012) |
| 04/23/2012 | 3 | ORDER granting Motion for Extension of Time to File Appellant's Brief. Ordered by Judge Nicholas G. Garaufis on 4/19/2012. (c/m to Trustee) (Lee, Tiffany) (Entered: 04/23/2012) |
| 05/01/2012 | 4 | MOTION to Amend/Correct/Supplement *to be removed as a party to this bankruptcy appeal* by Marianne DeRosa. (Preuss, Krista) (Entered: 05/01/2012) |
| 05/02/2012 | 5 | NOTICE of Change of Address by Krista M. Preuss, docket updated. (Lee, Tiffany) (Entered: 05/07/2012) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/11/2012 10:43:01 | | |
| **PACER Login:** | ar0090 | **Client Code:** | khan |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-01703-NGG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**Dahiya Law Offices LLC**
350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000
Fax: 212 766 8001

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ APR 23 2012 ★

BROOKLYN OFFICE

April 19, 2012

To

The Honorable Nicholas G. Garaufis
Unites States District Judge
Eastern District of New York
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, NY 11201

Fax: 718-613-2546

### Re: Mary Koutsagelos et al v. DeRosa 12-cv-01703-NGG:

Respected Judge:

I am the counsel for the aforesaid appellant, Ms. Mary Koutsagelos, appealing the underlying bankruptcy court decision. I am writing to request extension of time to file the brief.

Appellant's brief as per the schedule is to be served and filed within 14 days after the entry of the appeal on the docket. Your Honor, I am a solo practioner and involved with a few time consuming trials and brief writing.

Wherefore, I request Your Honor to kindly allow me an additional 45 days time to prepare the brief in Ms. Koutsagelos case. This is the first request in this case. Thank you for your consideration.

Yours sincerely: _____
Karamvir S. Dahiya, Esq.

Marianne DeRosa
Standing Chapter 13 Trustee
115 Eileen Way
Ste. 105
Syosset, NY 1179

**APPLICATION GRANTED.**
So Ordered.
s/Nicholas G. Garaufis

**NICHOLAS G. GARAUFIS**
**United States District Judge**
Dated: 4/19/12

**EXHIBIT D**

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02310-SJF

Santangelo v. Pryor
Assigned to: Judge Sandra J. Feuerstein
Case in other court: US Bankruptcy Court, 8-11-09096-AST
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 05/10/2012
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Michael Santangelo**                  represented by  **Karamvir Dahiya**
                                                          Dahiya Law Offices LLP
                                                          350 Broadway, Suite 412
                                                          New York, NY 10013
                                                          212-766-8000
                                                          Fax: 212-766-8001
                                                          Email: karam@legalpundit.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Robert Pryor**                         represented by  **Robert L. Pryor**
*Chapter 7 trustee of the bankruptcy*                     Pryor & Mandelup, LLP
*estate of Jennifer Pupo Santangelo*                      675 Old Country Road
                                                          Westbury, NY 11590
                                                          516-997-0999
                                                          Fax: 516-333-7333
                                                          Email: rlp@pryormandelup.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2012 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 8-11-09096-AST. File received, filed by Michael Santangelo. (Attachments: # 1 USBC 11-ap-9096 Doc 1 Complaint, # 2 USBC 11-ap-9096 Doc 5 Motion to Withdraw Reference, # 3 USBC 11-ap-9096 Doc 7 Motion for Default Judgment, # 4 USBC 11-ap-9096 Doc 9 Answer to Complaint, # 5 USBC 11-ap-9096 Doc 10 Affirmation in Opposition to Motion for Default, # 6 USBC 11-ap-9096 Doc 11 Replay to Affirmation in Opposition to Motion for Default, # 7 USBC 11-ap-9096 Doc 12 Order on Motion for Default, # 8 USBC 11-ap-9096 Doc 13 Answer to Counterclaim, # 9 USBC 11-ap-9096 Doc 20 Motion to Dismiss, # 10 USBC 11-ap-9096 Doc 21 Memorandum of Law in Support of Motion to Dismiss, # 11 USBC 11-ap-9096 Doc 24 Affirmation in |

| | | |
|---|---|---|
| | | Opposition, # <u>12</u> USBC 11-ap-9096 Doc 26 Reply to Motion to Dismiss, # <u>13</u> USBC 11-ap-9096 Doc 27 Amended Reply to Motion to Dismiss, # <u>14</u> USBC 11-ap-9096 Doc 28 Motion to Authorize-Direct, # <u>15</u> USBC 11-ap-9096 Doc 31 Affirmation in Opposition to Motion, # <u>16</u> USBC 11-ap-9096 Doc 33 Decision and Order Dismissing Counterclaim and Denying Motion to Strike Jury Demand, # <u>17</u> USBC 11-ap-9096 Doc 38 Civil Cover Sheet, # <u>18</u> USBC 11-ap-9096 Doc 39 Appellant Designation and Statement of Issues) (Russo, Eric) (Entered: 05/18/2012) |
| 05/18/2012 | <u>2</u> | NOTICE of Docketing of BANKRUPTCY APPEAL. Appellant's brief shall be served and filed with 14 days after the entry of the appeal on the docket; Appellee's brief shall be served and filed within 14 days after served of the brief of the appellant; Appellant's reply shall be served and filed within 14 days after the service of the brief of the appellee. (Russo, Eric) (Entered: 05/18/2012) |
| 05/22/2012 | <u>3</u> | MOTION to Reassign Case by Michael Santangelo. (Attachments: # <u>1</u> Exhibit) (Dahiya, Karamvir) (Entered: 05/22/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/11/2012 10:46:39 | | | |
| **PACER Login:** | ar0090 | **Client Code:** | khan |
| **Description:** | Docket Report | **Search Criteria:** | 2:12-cv-02310-SJF |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

## Dahiya Law Offices LLC

350 Broadway Suite 412
New York NY 10013
Tel: 212 766 8000
Fax: 212 766 8001

May 22, 2012

Hon. Sandra Feuerstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

re: Santangelo v. Pryor
12-cv-02310-SJF
Related Matter: Withdrawal of Reference: 11-mc-00561
In the matter of Robert Pryor v. Michael Santangelo
(Adversary No. 11-09096 in Bankruptcy Case No. 10-78726).

Dear Judge:

    I represent Michael Santangelo, in the aforesaid Appeal re: Santangelo v. Pryor, 12-cv-02310-SJF. I am writing to request that this appeal be assigned to Hon. Judge Joseph F. Bianco. Judge Bianco is already seized with the underlying merits of the issues and facts raised in the instant appeal in a related Motion to Withdraw matter dealing with the same issues and pertaining to same parties.

    I had filed a Motion for Withdrawal of Reference in the adversary case, Robert Pryor v. Michael Santangelo, case no. 11-09096. The motion for withdrawal of reference has been fully briefed, the Judge has yet to rule on the said motion. The issues raised in the motion to withdraw, regarding intrinsic limits imposed by Article III, constitutionality of providing non-Article III judges with judicial powers, bankruptcy referee/judges power to rule on State law issues etc., are going to be same in the instant appeal. I had also mentioned in the Civil Cover Sheet (copy attached), that there is a pending related matter regarding this issue and same parties. Wherefore, it is respectfully requested that this appeal be assigned to Hon. Judge Joseph Bianco.

/s/ karamvir dahiya

Sincerely:, _____
                     Karamvir Dahiya, Esq.

Notice to:

Robert Pryor, Trustee
675 Old Country Road
Westbury, NY 11590
Phone: (516) 997-0999
Fax: (516) 333-7333


Chambers of Hon. Joseph Bianco
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Case 1-11-01520-ess    Doc 25-1    Filed 06/11/12    Entered 06/11/12 16:41:09
Case 1:13-cv-03079-DLI    Document 1-16    Filed 05/24/13    Page 18 of 32 PageID #: 346
Case 2:12-cv-02310-SJF    Document 3-1    Filed 05/22/12    Page 1 of 2 PageID #: 280

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. ___10-78726-AST___          Adv. Pro. No. *(if applicable)* ___11-09096___

## Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| MICHAEL SANTANGELO | ROBERT PRYOR TRUSTEE OF ESTATE OF JENNIFER PUPO SANTANGELO |

| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
|---|---|
| KARAMVIR DAHIYA, Esq.<br>DAHIYA LAW OFFICES, LLC<br>350 BROADWAY SUITE 412<br>NEW YORK NEW YORK 10013 TEL: 212 766 8000 | ROBERT L. PRYOR, Esq.<br>Pryor & Mandel LLP<br>675 Old Country Road<br>Westbury NY 11590  Tel: 516 997-0999 |

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal (*Write brief statement of cause.*)
Bankruptcy Referee/Judge Hon. Alan S. Trust exercised judicial powers of the United States in violation of Article III and United States Constitution in the underlying adversary matter by ruling on State based Cause of Action as well as continuing presiding over the matter when the defendant had not submitted to the jurisdiction. Congress cannot assign state law causes of action to bankruptcy court presided over by Article I Judges or Special Referees. ▣

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE ___Hon. Joseph F. Bianco___          DOCKET NUMBER ___11-MC-00561___

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐ *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☑ *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐ *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: ___Feb 24, 2012___          Signature of Attorney of Record:
                                  *[or Appellant Pro Se]*

---

*FOR COURT USE ONLY*

APPLYING IFP_____     JUDGE_____     MAG. JUDGE_____

Case 1-11-01520-ess    Doc 25-1    Filed 06/11/12    Entered 06/11/12 16:41:09
Case 1:13-cv-03079-DLI    Document 1-16    Filed 05/24/13    Page 19 of 32 PageID #: 347
Case 2:12-cv-02310-SJF    Document 3-1    Filed 05/22/12    Page 2 of 2 PageID #: 281

**CIVIL COVER SHEET, Bankruptcy Appeal (cont'd)**

Did the cause of action arise in Nassau or Suffolk County? ___No___

If YES, please indicate which county: _____

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES ☑                          NO ☐

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES ☐ (If yes, please explain)          NO ☐

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: _kd9738_____

E-Mail Address: _karam@legalpundit.com_____

USBC-84 [r.4/10/03]]

**EXHIBIT E**

# Select a Case

**There were 2 matching persons.**

**There were 74 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|------|----------|-----------|------------------------|-----------|-----------|-------------|
| Dahiya, Karamvir (aty) (73 cases) | 00-40352-smb | Francisco M. Plasencia | 7 | 02/10/00 | N / A | 06/27/00 |
| | 02-15791-pcb | Gabriel Guerrero | 7 | 11/19/02 | N / A | 04/29/03 |
| | 02-41091-reg | A&B Fuel Inc. | 11 | 04/15/02 | N / A | 10/07/02 |
| | 02-43293-alg | Baburao V. Pandit | 7 | 11/07/02 | N / A | 08/11/03 |
| | 02-43294-pcb | Valerie Weiss | 7 | 11/07/02 | N / A | 04/01/03 |
| | 02-43295-rdd | Naureen Amber Khan | 7 | 11/07/02 | N / A | 02/19/03 |
| | 02-43297-pcb | Nesrin Feradov | 7 | 11/07/02 | N / A | 02/19/03 |
| | 03-11010-alg | Swati Singh | 7 | 02/21/03 | N / A | 07/01/03 |
| | 03-11055-ajg | Peter A. Ford | 7 | 02/25/03 | N / A | 08/19/03 |
| | 03-12583-ajg | Laura Galloway | 7 | 04/25/03 | N / A | 10/28/03 |
| | 03-14728-rdd | Nazar Abbas | 7 | 07/24/03 | N / A | 01/03/07 |
| | 03-17348-reg | Esam Ul Qayyum | 7 | 11/19/03 | N / A | 05/27/10 |
| | 03-18165-smb | Abdul Qayyum | 7 | 12/26/03 | N / A | 05/04/07 |
| | 03-18166-pcb | Suzanne Mary Heriza | 7 | 12/26/03 | N / A | 09/08/04 |
| | 04-03024-scc | Pereira v. Chitroda | *Lead BK:* 02-12192-scc Allied Deals, Inc. | 04/29/04 | N / A | 11/18/11 |
| | 04-10433-rdd | Tomas Marin | 7 | 01/23/04 | N / A | 07/26/04 |
| | 04-10678-rdd | Monique C. Pillard | 11 | 02/04/04 | N / A | 08/17/11 |
| | 04-10845-rdd | Elite Model Management | 11 | 02/11/04 | N / A | 05/05/09 |

Case 1:13-cv-03079-DLI    Document 1-16    Filed 05/24/13    Page 22 of 32 PageID #: 350

| | Corporation | | | | |
|---|---|---|---|---|---|
| 04-11249-smb | Lauren Grasch | 7 | 02/27/04 | N / A | 06/15/04 |
| 04-12769-alg | Steve M. Morrison | 7 | 04/22/04 | N / A | 08/09/04 |
| 04-17793-brl | Siraj A. Rizvi | 7 | 12/10/04 | N / A | 02/21/06 |
| 04-17794-alg | Muhammad Younis Malik | 7 | 12/10/04 | N / A | 06/07/05 |
| 04-17795-alg | Mohammad G. Kibria | 7 | 12/10/04 | N / A | 04/10/08 |
| 05-13589-jmp | Abdul Mannan | 13 | 05/13/05 | N / A | 08/31/06 |
| 05-15043-brl | Waheed M. Raja | 7 | 07/07/05 | N / A | 05/04/06 |
| 05-15044-pcb | Armando Montesdeoca | 7 | 07/07/05 | N / A | 05/04/06 |
| 05-17406-brl | Eugene O. Doku | 7 | 09/02/05 | N / A | 08/02/06 |
| 05-48019-ajg | Robert Rowe and Erminie Rowe | 7 | 10/15/05 | N / A | 06/26/06 |
| 05-48022-ajg | Mohammad K Arshad and Syeda Mahmuda Arshad | 7 | 10/15/05 | N / A | 04/13/06 |
| 05-48025-smb | Nahida Khanam | 7 | 10/15/05 | N / A | 05/04/06 |
| 05-48027-alg | Kamran S Arshad | 7 | 10/15/05 | N / A | 05/22/06 |
| 05-48060-alg | Mohammad A Khan | 7 | 10/15/05 | N / A | 05/24/06 |
| 05-48141-ajg | Shoaib Qureshi | 7 | 10/15/05 | N / A | 04/19/06 |
| 06-10176-smb | KSPJA Inc. | 11 | 01/31/06 | N / A | 05/29/08 |
| 06-10177-smb | KPFA Inc. | 11 | 01/31/06 | N / A | 04/12/07 |
| 06-11457-reg | Lynette Koplitz | 7 | 06/28/06 | N / A | 02/15/07 |
| 06-12165-rdd | Jennie Shen and Wen Hua Xu | 7 | 09/15/06 | N / A | 06/21/07 |
| 07-01673-alg | Bank of America, NA v. Sanchez | *Lead BK:* 06-13136-alg Hilda Sanchez | 04/02/07 | N / A | 02/27/08 |
| 07-11494-reg | Wen Hua Xu | 7 | 05/16/07 | N / A | 04/30/08 |
| 07-11495-brl | Rekha Mathkar | 7 | 05/16/07 | N / A | 04/09/08 |
| 07-12028-smb | Harish Sharma | 7 | 06/29/07 | N / A | 01/14/08 |

Case 1:13-cv-03079-DLI    Document 1-16    Filed 05/24/13    Page 23 of 32 PageID #: 391

| | | | | | |
|---|---|---|---|---|---|
| <u>07-12029-reg</u> | Juan Pablo Escobar | 7 | 06/29/07 | N / A | 02/19/08 |
| <u>07-12666-smb</u> | Bathiya C Dharmadasa | 7 | 08/20/07 | N / A | 02/21/08 |
| <u>07-13934-mg</u> | Sandra M Egipciaco | 13 | 12/13/07 | N / A | 05/06/10 |
| <u>08-10453-brl</u> | 1219 First Avenue Pharmacy Inc. | 11 | 02/08/08 | N / A | 05/28/08 |
| <u>08-12168-shl</u> | Nasher Chowdry | 13 | 06/10/08 | N / A | N / A |
| <u>08-13097-alg</u> | Mohammad Ali and Angibelis Ali | 7 | 08/06/08 | N / A | 12/01/08 |
| <u>08-14207-reg</u> | Poh Wah Lock | 7 | 10/27/08 | N / A | 02/19/10 |
| <u>09-10637-reg</u> | Kawaljeet Singh | 7 | 02/13/09 | N / A | 09/22/09 |
| <u>09-11410-alg</u> | Dharma Lal Risal | 7 | 03/26/09 | N / A | 07/16/09 |
| <u>09-11411-reg</u> | Syed Aziz Ahmed | 7 | 03/26/09 | N / A | 09/11/09 |
| <u>09-11412-pcb</u> | Jatin Anand and Ritika Anand | 7 | 03/26/09 | N / A | 12/07/09 |
| <u>09-13715-ajg</u> | Steve Hollister and Victoria B. Hollister | 7 | 06/10/09 | N / A | 10/18/11 |
| <u>09-15445-ajg</u> | YL West 87th Holdings I. LLC | 11 | 09/09/09 | N / A | 12/07/11 |
| <u>09-16139-ajg</u> | Muhammad Ali | 7 | 10/14/09 | N / A | 02/07/11 |
| <u>09-16786-ajg</u> | YL West 87th Street, LLC | 11 | 11/13/09 | N / A | 09/13/11 |
| <u>09-16950-mg</u> | Rehan Ashfaq | 7 | 11/23/09 | N / A | 05/28/10 |
| <u>09-23645-rdd</u> | Gurmeet S. Khunda and Prabhjit K. Khunda | 7 | 04/02/09 | N / A | 06/15/10 |
| <u>10-12467-reg</u> | Thaline Tarpinian | 7 | 05/06/10 | N / A | 10/31/11 |
| <u>10-13221-scc</u> | Abbas Badar | 7 | 06/17/10 | N / A | 09/27/10 |
| <u>10-14578-reg</u> | Koly Ahmed | 7 | 08/26/10 | N / A | 05/31/11 |
| <u>10-14781-mg</u> | Caroline Alissa Bush | 7 | 09/09/10 | N / A | N / A |
| <u>10-22206-rdd</u> | Haniffa H Bham and Harish T Bham | 7 | 02/03/10 | N / A | 02/08/10 |
| <u>10-24549-rdd</u> | The Great Atlantic & Pacific Tea | 11 | 12/12/10 | N / A | N / A |

Case 1-11-01520-ess    Doc 25-1    Filed 06/11/12    Entered 06/11/12 16:41:09    Page 4 of 4
New York Southern Live System
Case 1:13-cv-03679-DLI    Document 1-16    Filed 05/24/13    Page 24 of 32 PageID #: 352

Company, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 10-30000-cgm | Haniffa H Bham and Harish T Bham | 7 | 02/03/10 | N / A | 05/05/10 |
| 11-10987-shl | Satya N Charka | 7 | 03/07/11 | N / A | 05/22/12 |
| 11-11363-alg | Nathaniel Ajunwa and Regina Ajunwa | 7 | 03/28/11 | N / A | N / A |
| 11-12045-jmp | Veena Singh | 7 | 04/29/11 | N / A | 01/10/12 |
| 11-23181-rdd | Natalie A Pinto | 7 | 06/13/11 | N / A | 11/28/11 |
| 12-10114-shl | Charles J. Johnson | 13 | 01/11/12 | N / A | N / A |
| 12-10800-alg | GEL LLC | 11 | 02/28/12 | N / A | N / A |
| 12-10801-alg | GRL LLC | 11 | 02/28/12 | N / A | N / A |
| 12-12067-reg | Hemant Bhargava | 7 | 05/14/12 | N / A | N / A |

Dahiya, Karamvir (aty) (1 case)

| | | | | | |
|---|---|---|---|---|---|
| 09-23645-rdd | Gurmeet S. Khunda and Prabhjit K. Khunda | 7 | 04/02/09 | N / A | 06/15/10 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/11/2012 10:51:27 | | | |
| PACER Login: | ar0090 | Client Code: | khan |
| Description: | Search | Search Criteria: | LName: dahiya FName: karamvir Type: aty |
| Billable Pages: | 2 | Cost: | 0.20 |

**EXHIBIT F**

**DebtEd**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 12-12067-reg

*Date filed:*   05/14/2012

*Assigned to:* Judge Robert E. Gerber
Chapter 7
Voluntary
No asset

| | |
|---|---|
| *Debtor*<br>**Hemant Bhargava**<br>208 Tamarack Court<br>Morganville, NJ 07751<br>MONMOUTH-NJ<br>SSN / ITIN: xxx-xx-9473 | represented by **Karamvir Dahiya**<br>Dahiya Law Offices LLC<br>350 Broadway<br>Suite 412<br>New York, NY 10013<br>212-766-8000<br>Fax : 212-766-8001<br>Email: karam@legalpundit.com |

*Trustee*
**Alan Nisselson**
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
(212) 237-1199

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 05/14/2012 | 1 | Voluntary Petition (Chapter 7). Order for Relief Entered. Filed by Karamvir Dahiya of Dahiya Law Offices LLC on behalf of Hemant Bhargava. (Dahiya, Karamvir) (Entered: 05/14/2012) |
| 05/14/2012 | 2 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A filed by Karamvir Dahiya on behalf of Hemant Bhargava. (Dahiya, Karamvir) (Entered: 05/14/2012) |
| | | Exhibit D Re: Credit Counseling Requirement, Stating Credit |

| 05/14/2012 | 3 | Counseling Certificate to be filed within 14 days filed by Karamvir Dahiya on behalf of Hemant Bhargava. Credit Counseling Certificate due: 5/29/2012. (Dahiya, Karamvir) (Entered: 05/14/2012) |
| 05/14/2012 | 4 | Certificate of Credit Counseling, Certificate Number: 00134-nj-cc-017796274 filed by Karamvir Dahiya on behalf of Hemant Bhargava. (Dahiya, Karamvir) (Entered: 05/14/2012) |
| 05/15/2012 | | Trustee Alan Nisselson added to the case. (Bickerstaff, Chris). (Entered: 05/15/2012) |
| 05/15/2012 | 5 | Request for 341(a) Notice with 341(a) meeting to be held on 6/21/2012 at 10:30 AM at 80 Broad St., 4th Floor, USTM. Financial Management Course Due: 8/20/2012. Last day to oppose the discharge of the debtor or to challenge dischargeability of certain debts is 8/20/2012. (Bickerstaff, Chris). (Entered: 05/15/2012) |
| 05/17/2012 | | Receipt of Voluntary Petition (Chapter 7)(12-12067) [misc,969] ( 306.00) Filing Fee. Receipt number 8566877. Fee amount 306.00. (U.S. Treasury) (Entered: 05/17/2012) |
| 05/17/2012 | 6 | Notice of 341(a) Meeting of Creditors with Certificate of Mailing. (related document(s) (Related Doc # 5)) . Notice Date 05/17/2012. (Admin.) (Entered: 05/18/2012) |
| 05/21/2012 | 8 | Notice of Returned Mail (Cappiello, Karen). (Entered: 05/23/2012) |
| 05/23/2012 | 7 | Notice of Appearance & *Request for Service of Papers* filed by Pranali Datta on behalf of US Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-8. (Datta, Pranali) (Entered: 05/23/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/11/2012 10:54:54 | | | |
| PACER Login: | ar0090 | Client Code: | khan |
| | | | 12-12067-reg Fil or Ent: filed |

| Description: | Docket Report | Search Criteria: | From: 5/25/2011 To: 6/11/2012 Doc From: 0 Doc To: 99999999 Headers: included Format: html |
| Billable Pages: | 1 | Cost: | 0.10 |

**EXHIBIT G**

DebtEd, MEANSNO, RELATED

## U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-12-43137-cec

Date filed:  04/30/2012

*Assigned to:* Carla E. Craig
Chapter 7
Voluntary
No asset

*Debtor*                                          represented by **Karamvir Dahiya**
**Leelananda N. Morawakkoralge**                  Dahiya Law Offices, LLC
888 Van Duzer Street Fl. 2nd                      350 Broadway Suite 412
Staten Island, NY 10304                           New York, NY 10013
RICHMOND-NY                                        (212)766-8000
SSN / ITIN: xxx-xx-0451                            Fax : (212)766-8001
                                                   Email: karam@bankruptcypundit.com

*Trustee*
**Gregory Messer**
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474

*U.S. Trustee*
**United States Trustee**
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
(718) 422-4960

| Filing Date | # | Docket Text |
|---|---|---|
| 04/30/2012 | 1 | Chapter 7 Voluntary Petition. Fee Amount $306 Filed by Karamvir Dahiya on behalf of Leelananda N. Morawakkoralge (Dahiya, Karamvir) (Entered: 04/30/2012) |
| 04/30/2012 | 2 | Pre-Petition Statement Pursuant to LR 2017-1 Filed by Karamvir Dahiya on behalf of Leelananda N. Morawakkoralge (Dahiya, Karamvir) (Entered: 04/30/2012) |
|  |  | Meeting of Creditors Chapter 7 No Asset & Appointment of Chapter 7 Trustee, Gregory Messer, , 341(a) Meeting to be held |

Case 1-11-01520-ess    Doc 25-1    Filed 06/11/12    Entered 06/11/12 16:41:09
Live Database nyeb live                                                      Page 2 of 3
Case 1:13-cv-03079-DLI    Document 1-16    Filed 05/24/13    Page 31 of 32 PageID #: 359

| | | |
|---|---|---|
| 04/30/2012 | | on 06/05/2012 at 03:30 PM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY . Last day to oppose discharge or dischargeability is 08/06/2012 . Financial Management Certificate due by 08/06/2012 . (Entered: 04/30/2012) |
| 04/30/2012 | 3 | Deficient Filing Chapter 7 : Certificate of Credit Counseling due by 4/30/2012. Section 521 Incomplete Filings due by 6/14/2012. Copies of pay statements received from any employer due by 5/14/2012. Incomplete Filings due by 5/14/2012. (cjm) (Entered: 05/01/2012) |
| 05/01/2012 | | Related case 11-46996-cec discharged 02/08/12 (cjm) (Entered: 05/01/2012) |
| 05/01/2012 | | Judge Elizabeth S. Stong removed from the case due to Related Case, Judge Reassigned. Judge Carla Craig added to the case. (cjm) (Entered: 05/01/2012) |
| 05/02/2012 | 4 | Notice of Failure to Pay Internet Filing Fee (BK) (cjm) (Entered: 05/02/2012) |
| 05/03/2012 | 5 | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 05/03/2012. (Admin.) (Entered: 05/04/2012) |
| 05/04/2012 | 6 | BNC Certificate of Mailing with Notice of Failure to Pay Internet Filing Fee (BK) Notice Date 05/04/2012. (Admin.) (Entered: 05/05/2012) |
| 05/09/2012 | | Receipt of Voluntary Petition (Chapter 7)(1-12-43137) [misc,volp7a] ( 306.00) Filing Fee. Receipt number 9991148. Fee amount 306.00. (U.S. Treasury) (Entered: 05/09/2012) |
| 05/09/2012 | 7 | Certificate of Credit Counseling for Debtor Filed by Karamvir Dahiya on behalf of Leelananda N. Morawakkoralge (RE: related document(s)3 Deficient Filing Chapter 7) (Dahiya, Karamvir) (Entered: 05/09/2012) |
| 05/09/2012 | 8 | Request for Notice - Meeting of Creditors Chapter 7 No Asset (ddm) (Entered: 05/09/2012) |
| 05/11/2012 | 9 | BNC Certificate of Mailing - Meeting of Creditors Notice Date 05/11/2012. (Admin.) (Entered: 05/12/2012) |
| 05/11/2012 | 10 | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 05/11/2012. (Admin.) (Entered: 05/12/2012) |
| | | Final Notice of Section 521 Deficiencies (ddm) (Entered: |

| 05/31/2012 | <u>11</u> | 05/31/2012) |
| 06/02/2012 | <u>12</u> | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Notice Date 06/02/2012. (Admin.) (Entered: 06/03/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/11/2012 11:01:28 | | | |
| **PACER Login:** | ar0090 | **Client Code:** | khan |
| **Description:** | Docket Report | **Search Criteria:** | 1-12-43137-cec Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |