# WAYNE GREENWALD, P.C.
*Attorneys*

at 475 Park Avenue South - 26th Floor
New York, New York 10016
Tel.: 212-983-1922   Fax: 212-983-1965
e-mail: grimlawyers@aol.com

W. M. Greenwald

*Via* ECF Filing
and First Class Mail                                                                       June 20, 2012

Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   ***In re Sahara Khan, Debtor*, Chapter 7 Case No. 10-46901-ess**
      ***<u>Debra Kramer, as Chapter 7 Trustee, v. Tozammel H. Mahia</u>*, Adv No. 11-01520-ess**

Dear Judge Stong:

I am appearing in this matter on behalf of Karamvir Dahiya.

Mr Dahiya advised me that you indicated that appearance by counsel for him will result in a six-month adjournment of this matter, so the parties can attempt to resolve it. Otherwise, papers must be filed by June 27, 2012.

Due to the press of my other matters, I could not responsibly take on this representation if papers are due immutably by June 27. Therefore, I ask the Court to set October 1, 2012 as the due date for filing any responsive papers. This will give me time to research and hopefully resolve this matter. I will consult with Ms. Kramer's counsel about whether the Trustee will consent to this application.

I know and respect Ms Kramer and Mr. Rosen. I've also known Mr. Dahiya for more than a

WAYNE GREENWALD, P.C.

Hon. Elizabeth S. Stong
June 20, 2012
Page 2

decade.  I believe my relationships with all of the parties will facilitate a consensual resolution of the matter.

      Thank you for your consideration.

      Respectfully

      Wayne Greenwald

WM/ms

cc:
Debra Kramer, Esq.
Avrum Rosen, Esq
Karamvir Dahiya,  Esq.

Bcc:  Samuel Estreicher, Esq.