UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

       SHAHARA KHAN,

            Debtor.
--------------------------------------------------------X
DEBRA KRAMER as Trustee of the Estate
of Shahara Khan,

            Plaintiff,
v.

TOZAMMEL H MAHIA,

            Defendant.
--------------------------------------------------------X

Chapter 7

Case No. 10-46901

Adv. Pro. No. 11-1520-ess

## <u>PRE-HEARING ORDER</u>

WHEREAS, on December 3, 2011, Debra Kramer, as Trustee of the Estate of Shahara

Khan, commenced this adversary proceeding against Tozammel H. Mahia; and

WHEREAS, on March 24, 2012, the Trustee filed a Motion for Sanctions Pursuant to 28

U.S.C. § 1927 against Karamvir Dahiya and Dahiya Law Offices, LLC (the "Motion for

Sanctions"); and

WHEREAS, on April 23, 2012, Mr. Dahiya filed an Affirmation in Opposition to the

Motion for Sanctions; and

WHEREAS, on April 24, 2012, the Court held a hearing on the Motion for Sanctions, at

which the Trustee, by counsel, appeared and was heard and Mr. Dahiya appeared and was heard;

and

WHEREAS, on April 26, 2012, the Court issued a Pre-Hearing Order; and

WHEREAS, on June 13, 2012, the Court held an adjourned hearing on the Motion for Sanctions, at which the Trustee, by counsel, appeared and was heard and Mr. Dahiya appeared and was heard; and

WHEREAS, on June 14, 2012, the Court issued a Pre-Hearing Order.

NOW, THEREFORE, it is hereby

ORDERED, that the evidentiary hearing scheduled for July 16, 2012 at 9:30 a.m. is adjourned, on consent of the Trustee, to September 13, 2012 at 1:00 p.m.; and it is further

ORDERED, that the parties shall appear on September 13, 2012 at 1:00 p.m. for an evidentiary hearing on the Motion for Sanctions before the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201; and it is further

ORDERED, that on or before September 6, 2012, Mr. Dahiya shall file a pre-hearing statement.  The pre-hearing statements shall set forth:

1.  A statement of the material facts in dispute.

2.  A statement of the material facts not in dispute.

3.  A description of the legal and factual issues to be decided by the Court.

And it is further

ORDERED, that on or before September 6, 2012, Mr. Dahiya shall provide the Court with two copies of each exhibit that he intends to offer, and shall indicate whether an objection to admissibility is anticipated.  The exhibits should be pre-marked, tabbed and included in a binder for ease of reference.

**Dated: Brooklyn, New York**
**June 28, 2012**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**