# WAYNE GREENWALD, P.C.
*Attorneys*

475 Park Avenue South - 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 212-983-1965
e-mail: grimlawyers@aol.com

W. M. Greenwald

*Via* ECF Filing and
First Class Mail

September 6, 2012

Hon. Elizabeth S. Stong
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11601

Re:   *Kramer as Trustee of the Estate of Shahara Khan v. Mahia et al*
      Adv. No. 1-11-01520 - ESS

Dear Judge Stong:

The opposition to the trustee's motion to sanction Karamvir Dahiya as due today.

The attorney who is writing the opposition to that motion lost his lease and had to move his office.

The trustee's counsel graciously consented to my request to extend to the afternoon of September 10, 2012, the time to serve and file those papers. This afternoon, I called your chambers to report this development.

This letter confirms this agreement and asks Your Honor's approval of that extension of time.

Thank you for your consideration.

Very truly yours,

/s/ Wayne M. Greenwald

Wayne M. Greenwald

WMG/ms
cc:   Avrum J. Rosen, Esq.

---

Time to file opposition extended on consent to September 10, 2012, at 4:00 p.m.
It is so ordered.

**Dated: Brooklyn, New York**
**September 7, 2012**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**