**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: ajrlaw@aol.com

| | |
|---|---|
| AVRUM J. ROSEN | ALLAN B. MENDELSOHN * |
| FRED S. KANTROW | MICHAEL J. O'SULLIVAN* |
| | (* *of counsel* ) |
| KIMBERLY I. BERSON | |
| DEBORAH L. DOBBIN | |
| GEORGE N. BARA | |
| KATHERINE A. GERACI | |

September 19, 2012

VIA ECF ONLY
Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   In re Khan, Chapter 7, Case No. 10-46901-ess
      Kramer v. Mahia, Adv. Pro. No. 11-1520-ess

Dear Judge Stong:

This letter is to confirm that the pretrial conference in the above-referenced matter has been adjourned by the Court to November 20, 2012 at 10:00 a.m. This document has been filed electronically. Thank you.

Very truly yours,

*S/Avrum J. Rosen*
Avrum J. Rosen

cc: Christine T. Castiglia-Rubinstein Esq.

M:\K\Kramer-Khan S\correspondence\chambersajdournedletter091912.wpd