# CUEVAS & GREENWALD, P.C.
*Attorneys*

at 475 Park Avenue South - 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 212-9831965
e-mail: grimlawyers@aol.com

W. M. Greenwald

*Via* ECF Filing, Email
and First Class Mail

Hon. Elizabeth Stong                                              October 18, 2012
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *Shahara Khan, Debtor. Case No.: 10-46901-ess*
          *Debra Kramer as Trustee of the Estate of Shahara Khan, v. Tozammel H. Mahia,*
          *Adv. Pro. No.: 11-1520-ess*

Dear Judge Stong:

   This letter is to advise the Court that Karamvir Dahiya and the Dahiya Law Offices LLC, discharged this firm and its members as their attorneys in the referenced matter. We filed a stipulation memorializing that action.

   We also advise the Court and parties that Karamvir Dahiya and the Dahiya Law Offices LLC, advised us that they did not wish to proceed with the stipulation resolving the Trustee's motion in the referenced matter which was read into the record on September 13, 2012.

   We thank the Court and parties for their consideration in this matter and regret any dificulties resulting from these circumstances.

                                                    Respectfully,

                                                    /s/ Wayne M. Greenwald

                                                    Wayne M. Greenwald

WG/ms
cc:   Carlos Cuevas, Esq. (*via* email)
      Avrum J. Rosen, Esq. (*via* email)
      Karamvir Dahiya, Esq. (*via* email)