**Dahiya Law Offices LLC**
350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000
Fax: 212 766 8001

Hon. Elizabeth Stong                                            October 17, 2012
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

**Adversary No. 11-1520 in Case No. 10-46901**

Dear Judge Stong:

    I am writing to inform the Court that I am not able to agree to the terms of the settlement tentatively struck by Avrum Rosen, Esq. representing the panel trustee in this case, and Mr. Wayne Greenwald, Esq., ostensibly acting for me, on September 13, 2012. As I noted on the record during the hearing on the tentative settlement, I disagreed with critical terms of the settlement but was not permitted to voice my objections. Be that as it may, Mr. Greenwald's law firm no longer represents me.

    It is my intention to file a withdrawal of reference with the District Count under 28 U.S.C. §157 (d), for resolution, as it entails both constitutional and jurisdictional issues that warrant the intervention of an Article III court. Thank you for your consideration.

                                                               Karamvir Dahiya, Esq.

Copy to:

The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Fax: 631-423-4536

Wayne Greenwald, Esq.
Wayne Greenwald PC
475 Park Avenue South #26
New York, NY 10016
(212) 983-1922
Fax: 212 983-1965