UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re

        SHAHARA KHAN,

                              Debtor.

Chapter 7
Case No. 10-46901-ess

----------------------------------------------------------------x
DEBRA KRAMER,

                  Plaintiff,

  -against-

TOZAMMEL H. MAHIA,

                  Defendant.

Adv. Pro. No. 11-01520-ess

----------------------------------------------------------------x
TOZAMMEL H. MAHIA,

                  Counter-Claimant,

  -against-

DEBRA KRAMER,

                  Counter-Defendant.
----------------------------------------------------------------x

## ORDER SCHEDULING TELEPHONIC CONFERENCE

       WHEREAS, on July 22, 2010, Shahara Khan filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code; and

       WHEREAS, on December 3, 2011, Debra Kramer, as Trustee in the Debtor's Chapter 7 case, commenced this adversary proceeding against Tozammel H. Mahia by filing a complaint; and

       WHEREAS, on February 7, 2012, the Defendant filed an answer to the complaint with a demand for a jury trial and counterclaims; and

WHEREAS, on March 24, 2012, the Trustee filed a motion for sanctions under Section 1927 of Title 28 of the United States Code against the Defendant's attorney, Karamvir Dahiya, Esq., and the Dahiya Law Offices, LLC (collectively, the "Respondent"); and

WHEREAS, on April 23, 2012, the Defendant filed a letter stating that the Defendant terminated the services of the Respondent as the Defendant's attorney, and retained Christine Rubinstein, Esq. of Castiglia-Rubinstein & Associates, as the Defendant's new attorney in this matter; and

WHEREAS, on April 23, 2012, the Respondent filed an affirmation in opposition to the Trustee's motion for sanctions; and

WHEREAS, on April 23, 2012, the Defendant filed two letters indicating that the Defendant was withdrawing all counterclaims; and

WHEREAS, on April 26, 2012, the Court issued an order scheduling an evidentiary hearing on the motion for sanctions on June 13, 2012, at 9:00 a.m.; and

WHEREAS, the matter was adjourned from time to time until September 13, 2012; and

WHEREAS, on September 13, 2012, the Court held a hearing at which the Trustee, by counsel, and the Respondent, by counsel, appeared and were heard, and the terms of a settlement agreement were read into the record; and

WHEREAS, on October 18, 2012, Wayne M. Greenwald filed a letter indicating that he had been discharged as attorney for the Respondent; and

WHEREAS, on October 18, 2012, the Respondent filed a letter indicating that he had discharged his attorney, did not agree with the terms of the settlement, and intended to file a motion pursuant to Section 157(d) of Title 28 of the United States Code to withdraw the

reference; and

WHEREAS, on October 25, 2012, the Trustee filed a letter requesting that the Court mark the matter submitted on the current evidence or schedule an evidentiary hearing.

NOW THEREFORE, it is hereby

ORDERED, that a telephonic conference will be held on October 31, 2012, at 10:00 a.m. before the Honorable Elizabeth S. Stong, in Courtroom 3585, 271 Cadman Plaza East, Brooklyn, NY 11201; and it is further

ORDERED, that the parties may contact Sheree Jackson, Courtroom Deputy to Judge Stong, at (347) 394-1864 to arrange to appear by telephone at the **October 31, 2012** conference.



Dated: Brooklyn, New York
October 26, 2012

Elizabeth S. Stong
United States Bankruptcy Judge

SERVICE LIST:

Karamvir Dahiya
Dahiya Law Offices, LLC
350 Broadway Suite 412
New York, NY 10013

Avrum J. Rosen
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

Christine T Castiglia-Rubinstein
Castiglia-Rubinstein & Associates
455 Broad Hollow Road
Suite CL-10
Melville, NY 11747

Tozammel H. Mahia
101-14 102nd Street
Ozone Park, New York 11416-2620

Debra Kramer
Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021

Shahara Khan
101-14 102 St.
Ozone Park, NY 11416

Eugene M Banta
NY Multi Serv, LLC
3307 102 Street
Corona, NY 11373

Wayne M. Greenwald
475 Park Avenue South - 26th Floor
New York, New York 10016

United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: acruz | Date Created: 10/26/2012 |
| Case: 1−11−01520−ess | Form ID: pdf000 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

aty    Avrum J. Rosen    ajrlaw@aol.com
aty    Christine T Castiglia−Rubinstein    gortiz@estateacts.com
aty    Wayne M Greenwald    grimlawyers@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust    United States Trustee    271 Cadman Plaza East    Suite 4529    Brooklyn, NY 11201 USA
7717493    Karamvir Dahiya, Esq.    350 Broadway    New York, NY
    Tozammel H. Mahia    101−14 102nd Street    Ozone Park, NY 11416−2620
    Shahara Khan    101−14 102 St.    Ozone Park, NY 11416
    Eugene M Banta    NY Multi Serv, LLC    3307 102 Street    Corona, NY 11373

TOTAL: 5