UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re:                                                                    Chapter 7
       SHAHARA KHAN,                                              Case No.: 10-46901-ess
                           Debtor.
-------------------------------------------------------------------------x
DEBRA KRAMER as Trustee of the Estate
Of Shahara Khan,

                         Plaintiff,

-against-                                                                 Adv. Pro. No. 11-01520-ess

TOZAMMEL H. MAHIA,

                         Defendant.
-------------------------------------------------------------------------x
*TOZAMMEL H. MAHIA,*

                         *Counter-Claimant,*

*-against-*

*DEBRA KRAMER, as Trustee of the Estate*
*Of Shahara Khan,*

                         *Counter-Defendant.*
*-------------------------------------------------------------------------x*

## STIPULATION DISCHARGING COUNSEL

It is hereby stipulated and agreed that Wayne Greenwald, Carlos Cuevas and Cuevas & Greenwald, P.C., be and hereby are discharged as attorneys for the respondents, Karamvir Dahiya and the Dahiya Law Offices, LLC, in the referenced cases.

Dated: New York, NY
        October 17, 2012

                                                Karamvir Dahiya

                                                By: _/s/ Karamvir Dahiya_____
                                                    Karamvir Dahiya

                                                Dahiya Law Offices, LLC

                                                By: __/s/ Karamvir Dahiya_____
                                                    Karamvir Dahiya

        Cuevas & Greenwald, P.C.

        By: ___/s/ Wayne M.Greenwald___
            Wayne M. Greenwald

        Wayne M. Greenwald

        By: _____/s/ Wayne M.Greenwald
            Wayne M. Greenwald

        Carlos J. Cuevas

        By:  _/s/ Carlos J. Cuevas
            Carlos J. Cuevas

So Ordered

**Dated: Brooklyn, New York**
**November 7, 2012**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**