UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re

        SHAHARA KHAN,

                              Debtor.

                                      Chapter 7
                                      Case No. 10-46901-ess

----------------------------------------------------------------x
DEBRA KRAMER
AS TRUSTEE OF THE ESTATE OF SHAHARA KHAN,

                Plaintiff,                      Adv. Pro. No. 11-01520-ess

    -against-

TOZAMMEL H. MAHIA,

                Defendant.
--------------------------------------------------------------------x
TOZAMMEL H. MAHIA,

                Counter-Claimant,

    -against-

DEBRA KRAMER
AS TRUSTEE OF THE ESTATE OF SHAHARA KHAN,

                Counter-Defendant.
--------------------------------------------------------------------x

## SCHEDULING ORDER

       WHEREAS, on July 22, 2010, Shahara Khan filed a voluntary petition for relief under

Chapter 7 of the Bankruptcy Code; and

       WHEREAS, on December 3, 2011, Debra Kramer, as Trustee in the Debtor's Chapter 7

case, commenced this adversary proceeding against Tozammel H. Mahia by filing a complaint;

and

       WHEREAS, on February 7, 2012, the Defendant filed an answer to the complaint with a

demand for a jury trial and counterclaims; and

    WHEREAS, on April 24, 2012, the Defendant withdrew the counterclaims against the Trustee; and

    WHEREAS, on November 20, 2012, the Court held an adjourned pre-trial conference at which the Plaintiff appeared and was heard and at which the Defendant did not appear.

    NOW THEREFORE, it is hereby

    ORDERED, that the parties shall complete discovery by January 21, 2013; and it is further

    ORDERED, that the parties are directed to appear, in person or by counsel, at an adjourned pre-trial conference that shall be held on January 22, 2013, at 2:00 p.m. before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201.



Dated: Brooklyn, New York  
      November 27, 2012

_____  
Elizabeth S. Stong  
United States Bankruptcy Judge

SERVICE LIST:

Karamvir Dahiya
Dahiya Law Offices, LLC
350 Broadway Suite 412
New York, NY 10013

Avrum J. Rosen
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

Christine T Castiglia-Rubinstein
Castiglia-Rubinstein & Associates
455 Broad Hollow Road
Suite CL-10
Melville, NY 11747

Tozammel H. Mahia
101-14 102nd Street
Ozone Park, New York 11416-2620

Debra Kramer
Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021

Shahara Khan
101-14 102 St.
Ozone Park, NY 11416

Eugene M Banta
NY Multi Serv, LLC
3307 102 Street
Corona, NY 11373

Wayne M. Greenwald
475 Park Avenue South - 26th Floor

New York, New York 10016

United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201