# Dahiya Law Offices LLC
350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000
Fax: 212 766 8001

Hon. Elizabeth Stong                                                                November 29, 2012
U.S. Bankruptcy Court
Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271 Cadman Plaza East
Brooklyn, NY 11201-1800

                In re:   Kramer as Trustee of the Estate of Shahara Khan v. Mahia,
                    et al **Case Number:** 1-11-01520-ess
                Sub:   28 U.S.C. 1927 and Inherent Power Issue

Dear Judge Stong:

      I am writing to inform the Court that I will be present in the court proceeding tomorrow, but I will not be able to participate because I have not be able to secure representation of counsel.  I do have counsel solely for purposes of the motion to withdraw reference and have this matter decided by an Article III tribunal as I have invoked the right to be heard by such a court and further objected to the jurisdiction of bankruptcy court.  My lawyer has moved this Court for a stay of proceedings to allow objections to this Court's jurisdiction to be heard and resolved.  Your Honor has denied that motion.   I urge to adjourn this proceeding at least I am able to secure counsel.  If the Court decline, I will be present tomorrow but will be without representation and cannot defend myself in this proceeding.

      I await the Court's advice.

      Sincerely,                                                        /s/ Karamvir Dahiya
                                                           BY:_____
                                                             Karamvir Dahiya, Esq.

**The request to adjourn the evidentiary hearing scheduled for November 30, 2012, is denied.  The Trustee's motion for sanctions has been pending since March 24, 2012, and should be heard pursuant to the schedule set during the telephonic conference held on**

**October 31, 2012, and ordered by this Court in the Scheduling Order entered on November 7, 2012.**

    **IT IS SO ORDERED.**



Dated: Brooklyn, New York  
November 29, 2012

                                                                           **Elizabeth S. Stong**  
                                                                       **United States Bankruptcy Judge**