

Activity in Case 1:12-mc-00832-RRM Kramer v. Mahia Motion to Withdraw Reference
ecf_bounces
to:
nobody
12/12/2012 09:50 AM
Hide Details
From: ecf_bounces@nyed.uscourts.gov

To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 12/12/2012 at 9:49 AM EST and filed on 12/12/2012
**Case Name:**           Kramer v. Mahia
**Case Number:**         1:12-mc-00832-RRM
**Filer:**               Debra Kramer
**Document Number:** 1

**Docket Text:**
**MOTION to Withdraw Reference Bankruptcy Court AP case number 11-01520. by Debra Kramer. (Attachments: # (1) Complaint, # (2) Civil Cover Sheet, # (3) Exhibit 1, # (4) Exhibit 2, # (5) Exhibit 3) (Davis, Kimberly)**

**1:12-mc-00832-RRM Notice has been electronically mailed to:**

Karamvir Dahiya karam@legalpundit.com, dahiyalaw@gmail.com

Fred S. Kantrow fkantrow@avrumrosenlaw.com

**1:12-mc-00832-RRM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/12/2012] [FileNumber=7407254-0]
[0963abaa24a2d6938ac9fb757973c0d36d935942a931542ffedb4d97663bce023c09
304ef065cfb04e775ed710f16dcca89ba314b7b8632591e3e32bd41a6aa5]]
**Document description:** Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/12/2012] [FileNumber=7407254-1]
[15a35d8398e46c673741a5c3604d7ea2b716c7b731d70c0ce5fe99e7458d1dd20c0d
649ce2a67e08e55897e0822f48004178403ab49697dff126094c51c19369]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/12/2012] [FileNumber=7407254-2]
[84762c96bbd08749c3a9e20c3c3578d46a58105fc266522a29d1b470c09d4074a303
2189b64445dad450de9f89b137b22445a306e7bd56505bb49fdd782c4ff1]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/12/2012] [FileNumber=7407254-3]
[011bd25f98f1227b42bd227e7027749dd7545b5d3fa390666eeb28c1fc1d62e5283e
641e0516798c296ee83be8edcf9ddcd4a1a419edfe135249ed5cefad940b]]
**Document description:** Exhibit 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/12/2012] [FileNumber=7407254-4]
[6c6d759302ceb31d5d6fe280f6ebc5ced32cb15d76470ded3ad2d83b2603a40d5631
ac3411dd51c6ede5d11c118dc70d8cf29d9eefef30e47d5b388c081f1296]]
**Document description:** Exhibit 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/12/2012] [FileNumber=7407254-5]
[d62037c0ba646732b982684730ca89be178a39a3d532fd1655d0fcfd93f581045232
6a4ab767257ec260142231c66b9de7f5f2d0c55f5e9dc8e67def10f85242]]