**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743

...............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: ajrlaw@aol.com

AVRUM J. ROSEN
FRED S. KANTROW

KIMBERLY I. BERSON
DEBORAH L. DOBBIN
KATHERINE A. GERACI

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN*
(* of counsel )

February 25, 2013

VIA ECF AND E-MAIL
Karamvir S. Dahiya, Esq.
Dahiya Law Offices LLC
350 Broadway
Suite 412
New York, New York 10013

Re:   In re Khan, Chapter 7, Case No. 10-46901-ess
      Kramer v. Mahia, Adv. Pro. No. 11-1520-ess

Dear Mr. Dahiya:

As you are aware, there is a Court Ordered deposition of your client to take place at my office on February 27, 2013 at 11:00 a.m. As you are also aware, the Court directed that you were to comply with all Discovery demands by February 1, 2013. You did not do so. On that date, you e-mailed me certain documents. I specifically responded to you that a formal response to the Discovery Demand was required and I even gave you three additional days past the Judge's Order to provide same. A copy of my e-mail in response to your e-mail is annexed hereto. On February 1, 2013 later in the day you sent me an additional document, and I again reiterated my demand that you give a formal document demand so that I knew exactly what documents your client had, what had been produced, and what was not available. I received no response. On February 4, 2013 you sent me more documents, but still did not identify the documents, give me any formal response to the Discovery Demand, and in that e-mail, you told me that further documents would be provided as they became available. Those e-mails are also attached. This would lead one to the inescapable conclusion that all of the documents had not yet been provided and there were other documents that were extant. Since that time, I have received no further documents. I remind you, yet again, of the Text Order entered by Judge Stong which stated that failure to abide by this Order would be potentially punishable by contempt. It is not my job to sift through documents and to try and determine if you have complied with the document demand.

Please be advised that if a formal response to the documents is not e-mailed to me by 2:00 p.m. on the 26th of February, I am, by copy of this letter requesting that Judge Stong set up a Discovery conference call. By making this request for a further conference with the Court I am not waiving any rights to seek contempt of either you or your client for your apparent repeated failures to comply with the Discovery Demand in this case.

Please be guided accordingly. Thank you.

                                            Very truly yours,

AJR:em                                      /s/Avrum Rosen
Encl.                                         Avrum J. Rosen
cc: Chambers of Hon. Elizabeth Stong

Case 1-11-01520-ess   Doc 75-1   Filed 02/25/13   Entered 02/25/13 17:14:15
Case 1:13-cv-03079-DLI   Document 1-50   Filed 05/24/13   Page 3 of 8 PageID #: 785

Page 1 of 1

Subj: **Re: Paperwork within our custody and control. Karamer v. Mahia closing statement**
Date: 2/1/2013 4:50:49 P.M. Eastern Standard Time
From: karam@bankruptcypundit.com
To: ajrlaw@aol.com, ajrlaw@aol.com, kberson@avrumrosenlaw.com, kgeraci@avrumrosenlaw.com, emeade@avrumrosenlaw.com, lstalker@avrumrosenlaw.com, dldobbin@avrumrosenlaw.com, fkantrow@avrumrosenlaw.com

Attached is HUD statement. You have these papers and you had them from the previous attorney. As any other papers become available we will send your way.

On 2/1/2013 3:59 PM, Karamvir Dahiya wrote:
>

--
Karamvir Dahiya, Esq.

DAHIYA LAW GROUP LLC
Attorneys
350 Broadway Suite 412
New York, New York 10013
212-766-8000
Fax 212-766-8001

Cell: 646-420-9000

Page 1 of 1

Subj: Re: Paperwork within our custody and control. Karamer v. Mahia
Date: 2/1/2013 4:56:13 P.M. Eastern Standard Time
From: AJRLAW@aol.com
To: karam@bankruptcypundit.com, fkantrow@avrumrosenlaw.com
CC: dkramer@kramerpllc.com

Dear Mr. Dahiya:

As you were told in Court, you were to respond to the discovery demands. That does not mean you just send documents (and certainly not redacted documents). You send a pleading saying what you have and what you do not have. You sign it under penalties of perjury. Please provide a proper response by the end of the day on Monday.

Avrum Rosen

Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536
ajrlaw@aol.com

IRS Circular 230 Disclosure: Under regulations issued by the U.S. Treasury, to the extent that tax advice is contained in this correspondence (or any attachment hereto), you are advised that such tax advice is not intended or written to be used, and cannot be used by you, or any party to whom this correspondence is shown, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other party.

Additional Notice: This transmission is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or its employee or agent responsible for delivery the communication to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original communication to us at the above address by the U.S. Postal Service. Thank you.

In a message dated 2/1/2013 4:00:35 P.M. Eastern Standard Time, karam@bankruptcypundit.com writes:

--
Karamvir Dahiya, Esq.

DAHIYA LAW GROUP LLC
Attorneys
350 Broadway Suite 412
New York, New York 10013
212-766-8000
Fax 212-766-8001

Cell: 646-420-9000

Case 1-11-01520-ess   Doc 75-1   Filed 02/25/13   Entered 02/25/13 17:14:15
Case 1:13-cv-03079-DLI   Document 1-50   Filed 05/24/13   Page 5 of 8 PageID #: 787

Page 1 of 1

Subj:  **Paperwork within our custody and control. Karamer v. Mahia**
Date:  2/1/2013 4:00:35 P.M. Eastern Standard Time
From:  karam@bankruptcypundit.com
To:    ajrlaw@aol.com, ajrlaw@aol.com, kberson@avrumrosenlaw.com, kgeraci@avrumrosenlaw.com, emeade@avrumrosenlaw.com, lstalker@avrumrosenlaw.com, dldobbin@avrumrosenlaw.com, fkantrow@avrumrosenlaw.com

--
Karamvir Dahiya, Esq.

DAHIYA LAW GROUP LLC
Attorneys
350 Broadway Suite 412
New York, New York 10013
212-766-8000
Fax 212-766-8001

Cell: 646-420-9000

Page 1 of 1

Subj: Re: Paperwork within our custody and control. Karamer v. Mahia closing stat...
Date: 2/1/2013 4:58:31 P.M. Eastern Standard Time
From: AJRLAW@aol.com
To: karam@bankruptcypundit.com, kberson@avrumrosenlaw.com, fkantrow@avrumrosenlaw.com

Please identify the last page of the document, and the same demand applies to these documents.

Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536
ajrlaw@aol.com

IRS Circular 230 Disclosure: Under regulations issued by the U.S. Treasury, to the extent that tax advice is contained in this correspondence (or any attachment hereto), you are advised that such tax advice is not intended or written to be used, and cannot be used by you, or any party to whom this correspondence is shown, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other party.

Additional Notice: This transmission is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or its employee or agent responsible for delivery the communication to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original communication to us at the above address by the U.S. Postal Service. Thank you.

In a message dated 2/1/2013 4:50:49 P.M. Eastern Standard Time, karam@bankruptcypundit.com writes:

> Attached is HUD statement. You have these papers and you had them from the previous attorney. As any other papers become available we will send your way.
>
>
> On 2/1/2013 3:59 PM, Karamvir Dahiya wrote:
>
>
> --
> Karamvir Dahiya, Esq.
>
> DAHIYA LAW GROUP LLC
> Attorneys
> 350 Broadway Suite 412
> New York, New York 10013
> 212-766-8000
> Fax 212-766-8001
>
> Cell: 646-420-9000

Monday, February 25, 2013 AOL: AJRLAW

Case 1-11-01520-ess    Doc 75-1    Filed 02/25/13    Entered 02/25/13 17:14:15
Case 1:13-cv-03079-DLI   Document 1-50   Filed 05/24/13   Page 7 of 8 PageID #: 789

Page 3 of 3

doctrine, lack of jurisdiction owing to private rights, strictures of case law and Article III prohibition. I could not file the voluminous attachment to the Fred Kantrow motion for sanction as an exhibit, as ECF rejected it. Anyway enjoy your thanksgiving before we confront what the underlying motion adumbrates.

--

Karamvir Dahiya, Esq.

DAHIYA LAW GROUP LLC
Attorneys
350 Broadway Suite 412
New York, New York 10013
212-766-8000
Fax 212-766-8001

Cell: 646-420-9000


Karamvir S. Dahiya, Esq.
Dahiya Law Group LLC
350 Broadway Suite 412
New York New York 10013

Tel: 212 766 8000
Fax: 212 766 8001

Cell: 646 420 9000

www.legalpundit.com

=

Monday, February 25, 2013 AOL: AJRLAW

Subj: **mahia papers**
Date: 2/4/2013 5:08:25 P.M. Eastern Standard Time
From: karam@bankruptcypundit.com
To: AJRLAW@aol.com

As other papers become available, we shall forward the same.

Karamvir S. Dahiya, Esq.
Dahiya Law Group LLC

350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000
Fax: 212 766 8001

karam@legalpundit.com
Cell: 646 420 9000

www.legalpundit.com