UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re

        SHAHARA KHAN,

                                Debtor.

Chapter 7
Case No. 10-46901-ess

-------------------------------------------------------------------x
DEBRA KRAMER
AS TRUSTEE OF THE ESTATE OF SHAHARA KHAN,

                 Plaintiff,

    -against-

TOZAMMEL H. MAHIA,

                 Defendant.

Adv. Pro. No. 11-01520-ess

-------------------------------------------------------------------x
TOZAMMEL H. MAHIA,

                 Counter-Claimant,

    -against-

DEBRA KRAMER
AS TRUSTEE OF THE ESTATE OF SHAHARA KHAN,

                 Counter-Defendant.
-------------------------------------------------------------------x

## **SCHEDULING ORDER**

       WHEREAS, on July 22, 2010, Shahara Khan filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code; and

       WHEREAS, on December 3, 2011, Debra Kramer, as Trustee in the Debtor's Chapter 7 case, commenced this adversary proceeding against Tozammel H. Mahia by filing a complaint; and

       WHEREAS, on February 7, 2012, the Defendant filed an answer to the complaint with a

demand for a jury trial and counterclaims; and

WHEREAS, on April 24, 2012, the Defendant withdrew the counterclaims against the Trustee; and

WHEREAS, on March 5, 2013, the Court held a continued pre-trial conference at which the Plaintiff and the Defendant, both by counsel, appeared and were heard.

NOW THEREFORE, it is hereby

ORDERED, that as reflected in the record, the Defendant will provide tax returns and other documents to the Plaintiff by March 15, 2013; and it is further

ORDERED, that as reflected in the record, the Plaintiff will file and serve an amended complaint, if any, by March 25, 2013; and it is further

ORDERED, that as reflected in the record, the Defendant will file and serve any response to the amended complaint by April 4, 2013; and it is further

ORDERED, that the parties and their counsel are directed to appear at an adjourned pre-trial conference and settlement conference, to be held on May 14, 2013, at 2:00 p.m. before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the parties may contact Sheree Jackson, Judge Stong's Courtroom Deputy, at 347-394-1864, for information on coordinating the settlement conference.



Dated: Brooklyn, New York
       March 5, 2013

                                 Elizabeth S. Stong
                         United States Bankruptcy Judge

SERVICE LIST:

Karamvir Dahiya
Dahiya Law Offices, LLC
350 Broadway Suite 412
New York, NY 10013

Avrum J. Rosen
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

Tozammel H. Mahia
101-14 102nd Street
Ozone Park, New York 11416-2620

Debra Kramer
Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021

Shahara Khan
101-14 102 St.
Ozone Park, NY 11416

Eugene M Banta
NY Multi Serv, LLC
3307 102 Street
Corona, NY 11373

United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

# Notice Recipients

| District/Off: 0207−1 | User: acruz | Date Created: 3/6/2013 |
|---|---|---|
| Case: 1−11−01520−ess | Form ID: pdf000 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
aty          Avrum J. Rosen          ajrlaw@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust          United States Trustee          271 Cadman Plaza East          Suite 4529          Brooklyn, NY 11201
7717493      Karamvir Dahiya, Esq.          350 Broadway          New York, NY
             Tozammel H. Mahia          101−14 102nd Street          Ozone Park, NY 11416−2620
             Shahara Khan          101−14 102 St.          Ozone Park, NY 11416
             Eugene M Banta          NY Multi Serv, LLC          3307 102 Street          Corona, NY 11373
             United States Trustee          271 Cadman Plaza East, Suite 4529          Brooklyn, NY 11201

TOTAL: 6