UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

    SHAHARA KHAN,

              Debtor.
-------------------------------------------------------------------x
DEBRA KRAMER, AS TRUSTEE OF THE
ESTATE OF SHAHARA KHAN,

              Plaintiff,

  - against -

TOZAMMEL H. MAHIA,

              Defendant.
-------------------------------------------------------------------x
TOZAMMEL H. MAHIA,

              Counterclaim Plaintiff,

  - against -

DEBRA KRAMER, AS TRUSTEE OF THE
ESTATE OF SHAHARA KHAN,

              Counterclaim Defendant.
-------------------------------------------------------------------x

Chapter 7
Case No. 10-46901-ess

Adv. Pro. No. 11-01520-ess

## ORDER ON TRUSTEE'S MOTION FOR SANCTIONS

Upon the motion, dated March 24, 2012, for an award of sanctions against Karamvir Dahiya, Esq. and Dahiya Law Offices, LLC filed by plaintiff Debra Kramer, as Trustee of the estate of Shahara Khan (the "Trustee"); and the matter having been submitted for consideration by the Court on November 30, 2012; and upon consideration of the entire record, including the submissions and arguments of the parties, and the relevant factors, and for the reasons set forth in

the Court's Memorandum Decision on the Trustee's motion for sanctions dated March 11, 2013, it is hereby

ORDERED, that based upon the entire record, the Trustee's motion for sanctions is granted in the amount of $15,000; and it is further

ORDERED, that this sanctions award may be paid to the Trustee in three installments of $5,000, to be received by April 15, 2013, May 15, 2013, and June 17, 2013.

Dated: Brooklyn, New York
March 11, 2013

_____
Elizabeth S. Stong
United States Bankruptcy Judge