**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

IN RE:

    **SHAHARA KHAN,**                                       **CASE NO. 10-46901**

                Debtor.

-------------------------------------------------------------X

**DEBRA KRAMER  AS TRUSTEE**
**OF ESTATE OF SHAHARA KHAN,**

                Plaintiff.


--against—

                                         **ADVERSARY NO.   11-01520**

**TOZAMMEL H MAHIA,**

                Defendant.

-------------------------------------------------------------X

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Karamvir Dahiya & Dahiya Law Offices LLC, (the "Appellants") counsel for Defendant, Tozammel H. Mahia appeals, under 'collateral order exception,' under 28 U.S.C. 158(a) from the judgment, order of Bankruptcy Judge/Referee Hon. Elizabeth S. Stong, entered in this case dated March 11, 2013, awarding fees under 28 U.S.C. 1927 to Debra Kramer, panel trustee and her counsel and the underlying Opinion and Order thereto and from every portion thereof.  The name of all parties to the judgment, Order or decree appealed from and the names, addresses, and telephone numbers  of their respective attorney are as follows:

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
75 Maiden Lane, Suit 506
New York, NY 10028
Tel: (212) 766-8000

Debra Kramer, Esq.
Panel Trustee
98 Cuttermill Road, Suite 466 South
Great Neck, NY 11021
Phone: (516) 482-6300
Fax: (516) 482-6317


The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax:    631-423-4536


Dated: New York, New York
 March 22, 2013

/s/karamvir dahiya

_____
Karamvir Dahiya, Esq.
Dahiya Law Offices LLC
75 Maiden Lane, Suite 506
New York NY 10028