## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE:

    **SHAHARA KHAN,**                                                        CASE NO. 10-46901

                              Debtor.

-------------------------------------------------------------X

**DEBRA KRAMER  AS TRUSTEE**
**OF ESTATE OF SHAHARA KHAN,**

                              Plaintiff.

--against—

                                             ADVERSARY NO.   11-01520

**TOZAMMEL H MAHIA,**

                             Defendant.
-------------------------------------------------------------X

    **AFFIDAVIT OF SERVICE AMENDED NOTICE OF APPEAL**

**KARAMVIR DAHIYA**, the undersigned state under the penalty of perjury that on March 22, 2013 served the following parties a copy of the Amended Notice of Appeal via email and as well as regular mail, postage prepaid.

Debra Kramer, Esq.
Panel Trustee
98 Cuttermill Road, Suite 466 South
Great Neck, NY 11021
Phone: (516) 482-6300
Fax: (516) 482-6317

The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax:   631-423-4536

March 22, 2013

                                                    /s/karamvir Dahiya
                                             _____
                                             Karamvir Dahiya, Esq.
                                             Dahiya Law Offices LLC
                                            75 Maiden Lane Suite 506
                                            New York NY 10038