**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: kgeraci@avrumrosenlaw.com

| | |
|---|---|
| AVRUM J. ROSEN | ALLAN B. MENDELSOHN * |
| FRED S. KANTROW | MICHAEL J. O'SULLIVAN* |
| | (* *of counsel* ) |
| KIMBERLY I. BERSON | |
| DEBORAH L. DOBBIN | |
| KATHERINE A. GERACI | |

April 10, 2013

Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

  Re: In re Khan, Chapter 7, Case No. 10-46901-ess
    <u>Kramer v. Mahia</u>, Adv. Pro. No. 11-1520-ess

Dear Judge Stong:

  Debra Kramer is the Trustee in the above referenced case and Plaintiff in the above referenced adversary proceeding. This firm is counsel to the Trustee.

  The Plaintiff respectfully requests that the Court note the default of the defendant in the above adversary proceeding as to the Eighth through Fourteen Causes of Action in the Amended Complaint. This adversary proceeding was first commenced by the filing of a complaint on December 3, 2011. On February 7, 2012, the defendant filed an answer to that complaint. Pursuant to an Order by this Court entered on March 5, 2013, Plaintiff filed an Amended Complaint on March 25, 2013 which was also served upon the defendant on March 25, 2013. The defendant had until April 4, 2013 to file an answer or otherwise respond to the Amended Complaint. As of the date of this letter, no answer has been filed by the defendant to the Amended Complaint. Accordingly, the Plaintiff respectfully requests that the Court note the default of the defendant as to the Eighth through Fourteen Causes of Action in the Amended Complaint.

  Thank you very much for your courtesies in this matter.

                Very truly yours,

                *S/Katherine Geraci*
                Katherine Geraci

E:\K\Kramer-Khan S\correspondence\chambersletter re def 04 1013kg.wpd