# PROMISSORY NOTE
# FOR
# *SANCTIONS PAYMENT*

Principal amount $5,000                                    DATE: April 6, 2013

FOR VALUE RECEIVED, I, **KARAMVIR DAHIYA** (Borrower) promises to pay **KASHMIR GILL** (Lender) the sum of five thousand dollars ($5,000.00). This is not a consumer loan. This loan is to meet the payment obligation under 28 U.S.C. 1927 as awarded by bankruptcy court Order dated March 11, 2013.

**INTEREST RATE:**

Repayment shall be made in a lump sum amount of $5,000 to be paid within six (6) months from the date of this Agreement with interest calculated at **24% per annum**.

Borrower shall pay two percent (2%) interest per month on the entire $5,000 sum.

**Default Interest Rate**: In the event Borrower fails to repay Lender the entire principal amount plus interest within 6 months, the interest rate will then become ten percent (10%) per month (**120% per annum**) until the entire amount, principal and interest, is paid to the Lender.

If the Borrower fails to make an installment payment when due or fails to comply with the terms of the promissory note, the loan will be considered in default.

The Borrower must promptly inform the Lender of any change in name or address.

If the Lender prevails in a lawsuit to collect this note, Borrower will pay Lender's court costs, collection agency costs, and attorney's fees in the amount the court find to be reasonable.

This note was executed on 6th day of April, 2013, and I acknowledge receipt of a completed copy of this instrument.

_____                                    _____
Borrower Karamvir Dahiya                                    Lender Kashmir Gill

