UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

    SHAHARA KHAN,

                  Debtor.

------------------------------------------------------------------x
DEBRA KRAMER AS TRUSTEE OF THE ESTATE
OF SHAHARA KHAN,

                  Plaintiff,

   -against-

TOZAMMEL H. MAHIA,

                  Defendant.
------------------------------------------------------------------x

Chapter 7
Case No.: 10-46901-ess

Adv. Pro. No.: 11-1520-ess

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF SUFFOLK    )

      Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Central Islip, New York;

      That on the 8th day of May, 2013 deponent served the **APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS ON APPEAL**, on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Tozammel H. Mahia
c/o Dahiya Law Offices, LLC
Attn: Karamvir Dahiya, Esq.
75 Maiden Lane
Suite 506
New York, New York  10038

Office of the United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, New York  11201

                                                *S/Everlyn Meade*
                                                Everlyn Meade

Sworn to before me this
8th day of May, 2013

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014